

# THE ATTORNEY GENERAL

# OF TEXAS

## AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

June 15, 1959

Honorable J. E. Peavy, M.D.
Commissioner of Health
Department of Health
Austin, Texas

Opinion No. WW-644

Re:  Under the Meat Inspec-
tion Law, Article 4476-3
Vernon's Civil Statutes,
and the General Appropria-
tion Act, may the Depart-
ment of Health grant com-
pensatory time to inspec-
tion employees?

Dear Dr. Peavy:

You have requested our opinion on whether, under the
Meat Inspection Law, Article 4476-3, Vernon's Civil Statutes,
and the General Appropriation Act, the Department of Health
may grant compensatory time to inspection employees for work
in excess of eight hours per day or forty hours per week, as
well as for work on official holidays.

Section 14a of Article 4476-3, Vernon's Civil Statutes,
reads as follows:

"Sec. 14a.  Any person, firm, association, or
corporation desiring to use the 'Texas State Ap-
proved' meat label in representing, publishing,
or advertising any meat or meat food products
offered for sale or to be sold in this State for
human consumption shall pay for the necessary in-
spection service, and the State Board of Health
shall adopt rules and regulations relating to such
inspection charges which will, in effect, provide
that the fees charged shall be fixed as nearly as
possible with reference to the cost of maintaining
the inspection service by the State Health Depart-
ment which is necessary to permit the use of the
'Texas State Approved Meat for Human Food' label.
Any such moneys charged and collected for such
inspection service shall be payable to the State
Health Department and shall be deposited in
the State Treasury in a special account to
the credit of the State Health Department and
used for the purpose of carrying out the program
of inspection which is necessary before the

issuing of permits for the use of the 'Texas
State Approved Meat for Human Food' label."

Your request indicates that, because of the irregular
hours required by packing plant operations, the inspectors
are often required to work more than forty hours per week,
and in some instances as much as fifty to sixty hours per
week.  It is our understanding that the meat inspectors
are salaried annual employees, paid in twelve equal monthly
installments.

Section 26 of Article VI of House Bill 133, Acts
55th Legislature, Regular Session, 1957, chapter 385, page
870 (the current General Appropriation Bill), provides the
employment policies for State employees, relating to hours
of work.  Subsection (a) of Section 26, provides in part
as follows:

"a.  Office hours of State agencies will
be from 8:00 a. m. to 5:00 p. m., Monday through
Friday of each week except holidays authorized
in this Act.  The responsible executive head
will arrange for the State headquarters of each
agency to be open on each Saturday from 8:00 a.m.
to 12:00 noon with an administrative assistant
on duty in order to carry out any business of
the agency.  Regular employees of the State shall
work 40 hours a week excepting official holidays.
It is further provided that exceptions to the
minimum length of work week may be made by the
operating head of a state agency for house parents
and other employees whose duties require them to
reside in a State hospital or institution; for
guards, firemen, and other employees whose services
are required for longer periods in the public
interest; and pursuant to Article II of this Act."

In our opinion, the Legislature has authorized the
various departments to prescribe the hours to be worked by
regular State employees consistent with the nature of the
duties to be performed, especially when these duties will
not fall into the regular 8:00 a.m. to 5:00 p.m. work day,
or the forty hour week.  In view of the nature of the duties
to be performed by the inspectors in question, you are ad-
vised that you are authorized to establish the hours such
employees will work, and the hours they may be let off, so
long as such employees meet the minimum requirement that

regular State employees work at least or in excess of an average of forty hours per week.

Your question is answered in the affirmative, so long as the work hours of the employees in question conform to the minimum requirement of the General Appropriation Bill.

S U M M A R Y

Under Article 4476-3, Vernon's Civil Statutes, and the General Appropriation Bill, the Department of Health has authority to establish a policy granting compensatory time off for employees who work in excess of eight hours per day or forty hours per week.

Yours very truly,

WILL WILSON
Attorney General of Texas

By Tom I. McFarling
Tom I. McFarling
Assistant

TIM:zt

APPROVED:

OPINION COMMITTEE
Geo. P. Blackburn, Chairman

Robert T. Lewis
C. Dean Davis
J. Arthur Sandlin
Henry G. Braswell

REVIEWED FOR THE ATTORNEY GENERAL
BY:  W. V. Geppert